AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

JAMES ANTHONY DAVIS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:12-cv-00208-RCJ-VPC**

STATE OF NEVADA, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to either pay the filing fee or show that he is in imminent danger of serious physical injury.

June 7, 2012                                          **LANCE S. WILSON**
                                                                               Clerk

                                                                         /s/ Pamela McDonald
                                                                           Deputy Clerk